HASSAN REFAEY       *       NO. 2024-CA-0839

VERSUS       *       COURT OF APPEAL

LIQUIMAR TANKERS       *       FOURTH CIRCUIT
MANAGEMENT SERVICES,
INC.       *       STATE OF LOUISIANA

      *

      *

* * * * * * *


*JCL*       **LOBRANO, J., CONCURS IN THE RESULT**